IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL BATES, et al.,

    Petitioners,                        MISC S-07-0060 FCD KJM PS

    vs.

UNITED STATES OF AMERICA,

    Respondent.                    FINDINGS & RECOMMENDATIONS

_____/

        Respondent moves to dismiss the petition to quash Internal Revenue Service summons. No opposition to the motion to dismiss was filed and the matter was submitted on the papers. Upon review of the documents in support, there being no opposition filed, and good cause appearing, THE COURT FINDS AS FOLLOWS:

        At issue in this case are two third party administrative summonses issued by the Internal Revenue Service to Stockmans Bank pertaining to records of Security Plus Ltd. and Bates Insurance Agency Trust. Unincorporated associations, including trusts, must appear in court through a licensed attorney. See Rowland v. California Men's Colony, 506 U.S. 194, 202, 113 S. Ct. 716, 721 (1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). See also Church of the New Testament v. United States, 783 F.2d 771, 772 (9th Cir. 1986). Likewise, a trustee may not appear pro se as a trust's legal representative. C.E. Pope, 818 F.2d at 696 (affirming dismissal of complaint signed only by nonlawyer trustee).

1

1   Respondent moves to dismiss, contending petitioners lack standing to challenge
2 the summonses because they are not identified in the summonses and because petitioners,
3 proceeding pro se, lack capacity to represent the entities that are the subject of the administrative
4 summonses.  Petitioners have not responded to the motion to dismiss and the motion is well-
5 taken.
6   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.
7   These findings and recommendations are submitted to the United States District
8 Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
12 filed within ten days after service of the objections.  The parties are advised that failure to file
13 objections within the specified time may waive the right to appeal the District Court's order.
14 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
15 DATED:  October 9, 2007.

16 006
bates.57

_____
U.S. MAGISTRATE JUDGE